**Abdullah MUHAMMAD, petitioner,**
**v. UNITED STATES.**

No. 92–8255.

Supreme Court of the United States.

May 24, 1993.   Denied.